UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21213-CIV-LENARD/GARBER

PETER C. TOSTO, THOMAS
TELEGRADES, et al.,

      Plaintiffs,

v.

JOHN C. ZELAYA, et al.,

      Defendants.
_____/

**ORDER**

      THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Joan A. Lenard.  Pursuant to such reference, the Court has received Deutsche Bank Trust Company Americas, Deutsche Bank Securities, and DB Private Wealth Mortgage Ltd.'s Motion to Quash Subpoenas [DE 183].  After due consideration, the Motion is hereby GRANTED.

      Plaintiff faxed subpoenas to the Deutsche Bank entities listed above on January 28, 2010.  The subpoenas requested appearance at a hearing scheduled for February 4, 2010. Deutsche Bank moved to quash the subpoenas for failure to 1) effectuate proper service, 2) tender the requisite witness fees, 3) give a reasonable amount of time for the deponents to respond, and 4) specify the nature of the testimony sought.  Pursuant to Federal Rules of Civil Procedure 30 and 45, the subpoenas are defective for the reasons stated by Deutsche Bank.  See  Fed. R. Civ. Pro. 30, 45.

      The hearing scheduled for February 4, 2010 is hereby **continued to February 18, 2010 at 10:00 A.M.**, in order to give Plaintiff an opportunity to cure any defects.  Accordingly, it is

ORDERED that Deutsche Bank Trust Company Americas, Deutsche Bank Securities, and DB Private Wealth Mortgage Ltd.'s Motion to Quash Subpoenas [DE 183] is hereby GRANTED. However, Plaintiff is granted leave to serve amended subpoenas by proper service. It is further ORDERED that Deutsche Bank's Motion for Attorney Fees is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 2nd day of February, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE