# Exhibit "A"



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "ITA INTERNATIONAL HOLDINGS, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-EIGHTH DAY OF JANUARY, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "ITA INTERNATIONAL HOLDINGS, LLC" WAS FORMED ON THE TWENTY-THIRD DAY OF DECEMBER, A.D. 2009.

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 7786300

4769657  8300

100085201

DATE: 01-28-10

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Delaware.gov | Text Only                                                Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION | PHOTO BY JEFFREY BOYER

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions    View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4769657 | Incorporation Date / Formation Date: | 12/23/2009 (mm/dd/yyyy) |
| Entity Name: | ITA INTERNATIONAL HOLDINGS, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | DELAWARE INCORPORATORS & REGISTRATION SERVICE, LLC | | |
| Address: | 1007 ORANGE STREET SUITE 1410, NEMOURS BUILDING | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)472-9190 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov