UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21213-CIV-LENARD/GARBER

PETER C. TOSTO, THOMAS
TELEGRADES, et al.,

    Plaintiffs,

v.

JOHN C. ZELAYA, et al.,

    Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Joan A. Lenard. Pursuant to such reference, the Court has Defendant Zelaya's Motion for Leave to File Interpleader or, in the alternative, Motion for Leave to Deposit Funds in the Court Registry [DE 297], Defendant Zelaya's Emergency Motion to Stay [DE 299], and the United States Security and Exchange Commission's Motion to Stay [DE 318], as well as the concomitant Responses to DE 297 and DE 299. The Court also held a hearing on the matter on June 1, 2010.

This action concerns a $2.6 million judgment from 2004, for Peter C. Tosto, Thomas Telegades, Tellerstock Inc., Investor Relations, Inc., and Consolidated Asset Management, Inc. from John Zelaya and others. The judgment was assigned to the plaintiff/assignee judgment creditor Zelaya/Capital International Judgment, LLC ("ZC").

Currently, many of Zelaya's bank accounts, and those of various corporations that he is associated with, have been garnished and there are multiple motions to dissolve the writs of garnishment on those accounts. Zelaya is seeking leave to deposit the funds in the Court Registry

claiming that the United States Securities and Exchange Commission ("SEC") may have an interest in the judgment. The SEC filed a Motion to Intervene [DE 317] on the basis that the assignment of the funds to ZC may have been a fraudulent transfer in order to avoid a judgment won against some of the original creditors and others from a different lawsuit. The SEC served a Writ of Garnishment on both Zelaya and ZC. The SEC also issued an Information Subpoena and Restraining Notice to Zelaya and ZC which pertains to the disgorgement and prejudgment interest owed by Tosto under the SEC judgment.

For the reasons stated at the hearing, the Court finds it appropriate to allow the funds to be deposited into the Court Registry pending the determination of the issues involving the SEC. Accordingly, the Court hereby

ORDERS the following:

1. Defendant Zelaya's Motion for Leave to File Interpleader or, in the alternative, Motion for Leave to Deposit Funds in the Court Registry is hereby GRANTED. The Motion is GRANTED upon the condition that the deposit include all accrued interest up to the date of the deposit and the funds are only to be released upon express order of the Court.

2. Defendant Zelaya's Emergency Motion to Stay is DENIED AS MOOT.

3. United States Security and Exchange Commission's Motion to Stay is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 2nd day of June, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE