UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21213-CIV-LENARD/GARBER

PETER C. TOSTO, THOMAS
TELEGRADES, et al.,

    Plaintiffs,

v.

JOHN C. ZELAYA, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from United States District Judge Joan A. Lenard. Pursuant to such reference, the Court has received Frankfurt Kurnit & Selz, P.C. and Beldock Levine & Hoffman LLP's Motion for Leave to Intervene [DE 344]. No opposition has been filed.[1] Upon due consideration, the Court hereby GRANTS the movants' motion.

The Court finds that the movants have shown: (1) that their motion was timely filed; (2) that they have an interest that relates to John C. Zelaya's June 7, 2010 deposit of funds in the Court registry; (3) that the disposition of this deposit may impede or impair the movants' abilities to protect their interests; and (4) the existing parties in the matter do not adequately represent the movants' interests. None of these elements have been contested. Under Federal Rule of Civil Procedure 24(b),

---

[1] Additionally, counsel for the movants have certified that the following entities explicitly have no objection to intervention: (1) the plaintiff Zelaya/Capital International Judgment, LLC; (2) defendants John C. Zelaya, Capital International Holdings, Inc., Capital International Securities Group, CIH, Inc., and Capital Investment Holdings, SPC, Inc.; (3) garnishees Morgan Stanley Smith Barney, Citigroup Global Markets, Inc., Citibank, N.A., RBC Bank (USA), Washington Mutual Bank n/k/a/ JPMorgan Chase Bank, N.A.; and (4) third party claimants Global Distributors, Inc. and Investors Trust Assurance, SPC.

once a movant establishes the aforementioned four elements, the Court must allow intervention as of right.  <u>Loyd v. Ala. Dep't of Corrs.</u>, 176 F.3d 1336, 1339-40 (11th Cir. 1999) (quoting <u>Chiles v. Thornburgh</u>, 865 F.2d 1197, 1213 (11th Cir. 1989)).

For the foregoing reasons, it is hereby ORDERED that the movants' Motion for Leave to Intervene [DE 344] is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of January, 2011.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE